UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF CHI MODU,

        Plaintiff,

- against -

TRANS-HIGH CORP., ET AL.,

        Defendants.

22-cv-5322 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on defendant Trans-High Corp. on September 9, 2022. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time to answer was September 30, 2022.

    The time for defendant Trans-High Corp. to respond to the complaint is extended to **October 24, 2022**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
            October 10, 2022

                                            John G. Koeltl
                                  United States District Judge