```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

ESTATE OF CHI MODU,

                Plaintiff,

   - against -

TRANS-HIGH CORP.,

                Defendant.

―――――――――――――――――――――――――――――

22-cv-5322 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 13, 2022.

SO ORDERED.
Dated:   New York, New York
          November 25, 2022

                                      John G. Koeltl
                              United States District Judge